USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/15/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
YAAKOV KATZ,
on behalf of himself and the class,

              Plaintiff,

v.

FIRST REPUBLIC BANK,

              Defendant.
-------------------------------------------------------

No. 1:12-CV-00269 (BSJ)

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that Defendant First Republic Bank's time to answer, move or otherwise respond to the Complaint herein is extended to and including March 23, 2012.

LAW OFFICES OF SHIMSHON WEXLER, PC

By: _____

Shimshon Wexler
2710 Broadway, 2nd Floor
New York, New York 10025
Tel: (212) 760-2400
swexleresq@gmail.com

Counsel for Plaintiff Yaakov Katz

ARNOLD & PORTER LLP

By: _____

Pamela A. Miller
399 Park Avenue
New York, New York 10022
Tel: (212) 715-1304
pamela.miller@aporter.com

Counsel for Defendant First Republic Bank

IT IS SO ORDERED by this Court, 15th day of Feb., 2012.

_____
United States District Judge