USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-18-12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YAAKOV KATZ,

                    Plaintiff,

        - against -

FIRST REPUBLIC BANK,

                    Defendant.

**ORDER**

12 Civ. 269 (BSJ) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

The Court having held a conference in this matter on April 17, 2012,

**IT IS HEREBY ORDERED** that Defendant shall file its Motion for Summary Judgment on or before **May 1, 2012.**

**SO ORDERED this 18th day of April 2012**
New York, New York

The Honorable Ronald L. Ellis
United States Magistrate Judge