# ARNOLD & PORTER LLP



**Pamela Miller**
Pamela.Miller@aporter.com

+1 212.715.1304
+1 212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690



April 20, 2012

**VIA HAND DELIVERY**

Honorable Ronald L. Ellis
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Yaakov Katz v. First Republic Bank*, No. 1:12-cv-00269-BSJ-RLE

Dear Judge Ellis:

    We are counsel to Defendant First Republic Bank in the above-referenced action. We write this letter with respect to the Order issued by Your Honor dated April 18, 2012.

    As you may recall, the parties' Rule 26(f) statement in this action proposed that Defendant would file a motion for summary judgment on or before April 27, 2012. During our initial conference of April 17, Defendant requested, and Plaintiff consented, to an extension of the April 27 deadline to May 21, 2012. On April 18, Your Honor issued an Order with a deadline of May 1, 2012.

    As we believe the date indicated in the Order to be an administrative error, Defendant respectfully requests that the deadline be extended to May 21, 2012.

        Sincerely,

        Pamela Miller

cc:    Shimshon Wexler, Esq.

SO ORDERED
Ronald Ellis  4-23-12
MAGISTRATE JUDGE RONALD L. ELLIS